**PORTER | SCOTT**
A PROFESSIONAL CORPORATION
Carl L. Fessenden, SBN 161494
Suli A. Mastorakos, SBN 330383
350 University Ave., Suite 200
Sacramento, California 95825
TEL: 916.929.1481
FAX: 916.927.3706

Attorneys for Defendants
COUNTY OF YUBA AND DEPUTY HENRY ABE

UNITED STATE DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LEON OLSCHOWKA,<br><br>    Plaintiff,<br><br>v.<br><br>COUNTY OF YUBA, a municipal corporation; DPUTY HENRY ABE in his individual capacity as sheriff's deputy for the COUNTY OF YUBA; and DOES 1-50, inclusive, individually, jointly and severally,<br><br>    Defendants.<br>_____/ | CASE NO.  2:20-cv-01883 WBS-JDP<br><br>**STIPULATION AND ORDER FOR DISMISSAL OF PLAINTIFF'S SECOND, THIRD, FOURTH, AND FIFTH CAUSES OF ACTION AGAINST DEFENDANTS**<br><br>Complaint Filed:   09/18/2020 |

IT IS HEREBY STIPULATED and agreed by and between Plaintiff LEON OLSCHOWKA ("Plaintiff") and Defendants COUNTY OF YUBA, a municipal corporation, and DPUTY HENRY ABE in his individual capacity as sheriff's deputy for the COUNTY OF YUBA (collectively, "Defendants"), through their respective counsel, that the following State claims against Defendant be dismissed with prejudice, pursuant to Fed. R. Civ. P. 41(a):

    1.    The Second Cause of Action, actionable under Cal. Civil Code § 52.1(b)/Bane Act, be dismissed with prejudice, as said cause of action was untimely brought by Plaintiff;

    2.    The Third Cause of Action for Negligence be dismissed with prejudice, as said cause of action was untimely brought by Plaintiff;

3. The Fourth Cause of Action for Assault/Battery be dismissed with prejudice, as said cause of action was untimely brought by Plaintiff;

4. The Fifth Cause of Action for Intentional Infliction of Emotional Distress be dismissed with prejudice, as said cause of action was untimely brought by Plaintiff.

IT IS FURTHER STIPULATED between all parties that for each of these matters, each party is to bear their own fees and costs, including attorney's fees.

Dated: November 3, 2020        PORTER SCOTT
                               A PROFESSIONAL CORPORATION

                               By    Carl L. Fessenden
                                     Carl L. Fessenden
                                     Suli A. Mastorakos
                                     Attorneys for Defendants

Dated: November 3, 2020        LAW OFFICES OF JOHN L. BURRIS

                               By  James Cook (authorized 10/31/2020)
                                     John L. Burris
                                     Benjamin Nisenbaum
                                     James Cook

**IT IS SO ORDERED.**

Dated: November 3, 2020

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE