**PORTER | SCOTT**
A PROFESSIONAL CORPORATION
Carl L. Fessenden, SBN 161494
Suli A. Mastorakos, SBN 330383
350 University Ave., Suite 200
Sacramento, California 95825
TEL: 916.929.1481
FAX: 916.927.3706

Attorneys for Defendants
COUNTY OF YUBA AND DEPUTY HENRY ABE

UNITED STATE DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LEON OLSCHOWKA, | CASE NO. 2:20-cv-01883 WBS-JDP |
| Plaintiff, | **AMENDED STIPULATION AND ORDER FOR DISMISSAL** |
| v. | |
| COUNTY OF YUBA, a municipal corporation; DEPUTY HENRY ABE in his individual capacity as sheriffs deputy for the COUNTY OF YUBA; and DOES 1-50, inclusive, individually, jointly and severally, | Complaint Filed:   09/18/2020 |
| Defendants. / | |

IT IS HEREBY STIPULATED AND AGREED by and between Plaintiff LEON OLSCHOWKA and Defendants DEPUTY HENRY ABE, and COUNTY OF YUBA, by and through their undersigned counsel that this action be dismissed, with prejudice, with each side to bear its own attorney's fees and costs, pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure.

/ / /

/ / /

/ / /

/ / /

{02402249.DOCX}

**IT IS SO STIPULATED.**

Dated: April 7, 2021 　　　　　　　　　　　　　　PORTER SCOTT
　　　　　　　　　　　　　　　　　　　　　　　　A PROFESSIONAL CORPORATION

　　　　　　　　　　　　　　　　　　　　　　　　By  /s/Carl. L. Fessenden_____
　　　　　　　　　　　　　　　　　　　　　　　　　　　Carl L. Fessenden
　　　　　　　　　　　　　　　　　　　　　　　　　　　Suli A. Mastorakos
　　　　　　　　　　　　　　　　　　　　　　　　　　　Attorneys for Defendants

Dated: April 7, 2021 　　　　　　　　　　　　　　LAW OFFICE OF JOHN L. BURRIS

　　　　　　　　　　　　　　　　　　　　　　　　By   /s/James Cook (Authorized on 4/7/21)_
　　　　　　　　　　　　　　　　　　　　　　　　　　　John L. Burris
　　　　　　　　　　　　　　　　　　　　　　　　　　　Benjamin Nisenbaum
　　　　　　　　　　　　　　　　　　　　　　　　　　　James Cook
　　　　　　　　　　　　　　　　　　　　　　　　　　　Attorneys for Plaintiff

**ORDER**

　　**IT IS SO ORDERED.**

Dated:  April 8, 2021

　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　WILLIAM B. SHUBB
　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE